| Date | Pleading Number | |
|------|------|------|
| 12/22/70 | | SHOW CAUSE ENTERED.  Mailed to Counsel of Record and Involved Judges. |
| 12/31/70 | | ORDER striking S.D. N.Y. No. 70 Civ. 1535 from Schedule A of SCO. |
| 1/4/71 | A | Extension of Time request from Chrysler Corp. |
| 1/4/71 | B | Extension of Time request from General Motors, Ford Motor and Chrysler Corp |
| 1/4/71 | | Order extending time for filing response to Show Cause Order to and including Feb. 3, 1971 |
| 1/6/71 | | Order adding S.D. N.Y. nos. 70 Civ 5385, 70 Civ 5697 & 70 Civ 5756 to SCO (B-1, 2 & 3) |
| 1/27/71 | | Order adding W.D. Washington Civil Action No. 4233 to SCO (C-1) |
| 1/27/71 | | HEARING ORDER sent to involved counsel and involved judges. Feb 26, 1971, Washington, D. C. |
| 1/27/71 | | NOTICE OF HEARING SENT TO COUNSEL. |
| 2-2-71 | C | Letter motion from Dickstein, Shapiro & Galligan for extension of time for the 10 plaintiffs in S.D. N.Y. to file response to Panels Order to Show Cause. |
| 2-2-71 | | Order extending time for filing response to Show Cause Order to and including Feb. 8, 1971 .  Mailed to Counsel of Record and Involved Judges. |
| 2/3/71 | 1. | Response of pl. Merit Motors, Inc., et al. |
| 2/8/71 | 2. | Response of defendant Ford Motor Company |
| 2/8/71 | 3. | Response of Chrysler (def.) opposing consolidation of Merit Motors Case |
| 2/8/71 | 4. | Response of Chrysler Corporation to SCO. |
| 2/8/71 | 5. | Memorandum of Plaintiffs in ten S.D. New York Cases. |
| 2/9/71 | 6. | Brief of General Motors, Ford and Chrysler. |
| 2/10/71 | 7. | Memo of Plaintiffs City of Philadelphia, et al. |
| 2/12/71 | 8. | Reply of Plaintiffs to Defendants' Response to Show Cause Order. |
| 2/22/71 | 9. | Reply of Robert Ehrenbard on behalf of Chrysler Corp.  (annexed to brief on behalf of G.M., Ford and Chrysler.) (w/ certificate of Service) |
| 2/23/71 | 10. | Ltr reply of plaintiff State of Washington. |
| 3/21/71 | 11. | City of Philadelphia, et al. v. General Motors, et al., E.D.Pa., Civ. Action No. 70-2753 - OPINION AND ORDER denying defendants' Motion pursuant to 28 U.S.C. §1404(a) for transfer of the case to U.S.D.C. for the E.D. of Michigan. |
| 6/21/71 | | Consent of Chief Judge Robson for assignment of this litigation to Judge Frank J. McGarr, N.D.Ill for coordinated or consolidated pretrial proceedings. |
| 6/21/71 | | OPINION and ORDER transferring litigation to the N.D. Ill for consolidated or coordinated pretrial proceedings and assigning to Judge McGarr. |
| 6/23/71 | | STATE OF COLORADO V. GENERAL MOTORS CORP., ET AL., S.D.N.Y., 71 Civ. 1216 Entered CTO today.  Sent to counsel and involved judges. |
| 7/1/71 | | ST. OF MARYLAND V. GM CORP., ET AL., Md., No. 71-398-K CTO ENTERED TODAY.  Sent to counsel and involved judges. |
| 7/9/71 | | COLORADO G. GENERAL MOTORS., S.D. N.Y., No. 71 Civ. 1216 CTO FINALTODAY.  ADVISED transferee & transferor clerks & judges. |
| 7/12/71 | | COUNTY OF NASSAU, ST. OF N.Y. V. G.M., S.D.N.Y., 71 Civ. 1694 |
| | | MONTGOMERY COUNTY, ST. OF MD. V. G.M., S.D.N.Y., 71 Civ. 1953 |
| | | ST. OF NEVADA V. G.M., S.D.N.Y., 71 Civ. 2366 |
| | | COMM. OF KENTUCKY V. G.M., S.D.N.Y. 71 Civ. 2425 |
| | | COMM. OF VA. V. G.M., S.D.N.Y., 71 Civ. 1580 CTO entered today.  Sent to counsel and involved judges. |
| 7/19/71 | | ST. OF MARYLAND V. GENERAL MOTORS CORP., MD., 71-398-K CTO final today.  Notified transferee clerk, transferor clerk involved judges. |

| Date | Pleading Number | |
|---|---|---|
| 7/22/71 | | THE STATE OF TENNESSEE V. GENERAL MOTORS CORP., S.D.N.Y. 71 Civ. 2760 |
| | | CTO entered today. Sent to counsel, notified involved judges. |
| 7/27/71 | | STATE OF NEW YORK V. G.M., S.D.N.Y. 71 Civ. 3267 |
| | | STATE OF KANSAS V. G. M., ET AL., KANSAS, T-4999 |
| | | CTO entered today. Sent to counsel, notified involved judges. |
| 7/28/71 | | COUNTY OF NASSAU, ST. OF N.Y. V. G.M., S.D.N.Y. 71 Civ. 1694 |
| | | MONTGOMERY COUNTY, ST. OF MD. V. G.M., S.D.N.Y. 71 Civ. 1953 |
| | | ST OF NEVADA V. G.M., S.D.N.Y. 71 Civ. 2366 |
| | | COM. OF KENTUCKY V. G.M., S.D.N.Y. 71 civ. 2425 |
| | | COM. OF VA. V. G.M. S.D.N.Y. 71 Civ. 1580 |
| | | CTOs final today. Notified transferee clerk, XXXXXXXXXX INVOLVED judges and transferor clerk |
| 8-4-71 | | ORDER- correcting OPINION AND ORDER of June 21, 1971 - Sent to all recipients of the 6/21/71 Opinion and Order |
| 8-9-71 | | STATE OF. TENN V. G.M. CORP., S.D.N.Y. 71 Civ. 2760 |
| | | CTO final today. Notified transferee clerk, transferor clerk, involved judges. |
| 8/12/71 | | STATE OF KANSAS V. GENERAL MOTORS CORP., D.KANSAS, T-4999 |
| | | ST. OF NEW YORK V. GENERAL MOTORS, S.D.N.Y., 71 Civ. 3267 |
| | | CTO final today. Sent to transferee clerk, involved judges. |
| 10/22/71 | | COMM. OF MASS V. GENERAL MOTORS CO., S.D.N.Y. 71 Civ. 4286 |
| | | CTO entered today. Sent to counsel and involved judges. |
| 11/9/71 | | COMM OF MASS V. GENERAL MOTORS CO., S.D.N.Y. 71 Civ. 4286 |
| | | CTO final today. Notified transferee clerk, transferor clerk involved judges. |
| 5/19/72 | | STATE OF OHIO V. GENERAL MOTORS CORP., ET AL., S.D. OHIO, 72-160 |
| | | Entered CTO today. Notified Transferor, Transferee judges. Notified Counsel. |
| 6/6/72 | | STATE OF OHIO V. GENERAL MOTORS CORP., ET AL., S.D. OHIO 72-160 |
| | | CTO final. Notified transferee judge, transferee clerk, involved judge |
| 7/24/72 | | STATE OF WISCONSIN V. GENERAL MOTORS CORP., S.D.N.Y., No. 72 Civ. 2897 |
| | | CTO entered today. Sent to counsel, notified involved judges |
| 7/27/72 | | General Motors Corp. and Ford Motor Company (def.) Motion for transfer to the N.D. Ill. Brief in support of motion for transfer Affidavit of Service |
| 7/27/72 | 12 | MAJOR SERVICE CO. V. FORD MOTOR CO., S.D.N.Y. 72 Civ. 2340 |
| | | ZILBER TAXI SVC. V. G.M., S.D.FLA. 72-914 |
| | | AUTO DISCOUNT V. G.M., D.C., 1380-72 |
| | | Motion of G.M. and Ford for transfer to N.D.ILL pursuant to 28 U.S.C. §1407. |
| 8/8X 7/72 | 12 | AUTO DISCOUNT V. G. M., D.C. 1380-72 Plaintiff request for extension to file response to motion. |
| | | ORDER - extending plaintiff to Sep. 8, 1972 time to file and serve response. |
| 8/9/72 | | ST. OF WISCONSIN V. GM., S.D. N.Y., No. 72 Civ. 2897 |
| | | CTO final, notified transferee judge & clerk and involved tr'r judge |
| 8/11/72 | 13 | MAJOR SERVICE CO. V. FORD., S.D.N.Y., 72 Civ. 2340 |
| | | ZILBER TAXI SVC. V. GM., S.D. Fla., No. 72--917 |
| | | AUTO DISCOUNT V. GM., D.C., No. 1380-72 |
| | | Def. Chrysler Corp. request for ext. to respond to motion to 9/8/72 |

Opinion and Order of June 21, 1971, *328* F. Supp. *218*

*Dec. 5, 1972* *352* F Supp. *966*

DOCKET NO. 65

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation *Computer ID No. 752*

IN RE GOVERNMENT AUTO FLEET SALES ANTITRUST LITIGATION

*Transferred 6/21/71 N.O. Orleans Judge Frank J. McGarr*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|-----|---------|------------------------|-------|---------------|-------|
| A-1 | Merit Motors, Inc., et al. v. Chrysler Corporation, et al. | D. C. 2000-70 | Pratt | *not trans* | *71-1611* |
| A-2 | City of Philadelphia, Pennsylvania v. General Motors Corporation, et al. | E.D. Pa. 70-2753 | Davis | 6/21/71 | *3/10/77* |
| A-3 (*) | The City of New York, New York, et al. v. Automobile Manufacturers Assoc., Inc., et al. *STRIKEN FROM SCH.A - 12/31/70* | S.D. N.Y. 70 Civ 1535 | | | *71-1621 3/18/77* |
| A-4 | The State of Oklahoma v. General Motors Corporation, et al. | S.D. N.Y. 70 Civ 4246 | | 6/21/71 | *71-1622 3/10/77* |
| A-5 | The State of Texas v. General Motors Corporation, et al. | S.D. N.Y. 70 Civ 4247 | | 6/21/71 | *71-1623 3/10/77* |
| A-6 | The State of Arizona v. General Motors Corporation, et al. | S.D. N.Y. 70 Civ 4248 | | 6/21/71 | *71-1624 3/10/77* |
| A-7 | The State of Florida v. General Motors Corporation, et al. | S.D. N.Y. 70 Civ 4249 | | 6/21/71 | *3/10/77* |
| A-8 | The State of Iowa v. General Motors Corporation, et al. | S.D. N.Y. 70 Civ 4250 | | 6/21/71 | *71-1625 3/10/77* |
| A-9 | The State of Vermont v. General Motors Corporation, et al. | S.D. N.Y. 70 Civ 4251 | | 6/21/71 | *71-1526 3/10/77* |
| (*) A-3a | The City of New York, et al. v. General Motors, et al. | S.D. N.Y. 70 Civ 4245 | | 6/21/71 | *71-1627 3/18/77* |
| B-1 | The State of Louisiana v. General Motors Corporation, et al. | S.D. N.Y. 70 Civ 5385 | | 6/21/71 | *71-1628 3/18/77* |
| B-2 | The State of Alabama v. General Motors Corporation, et al. | S.D. N.Y. 70 Civ 5697 | | 6/21/71 | *71-1629 3/10/77* |
| B-3 | The State of Missouri v. General Motors Corporation, et al. | S.D. N.Y. 70 Civ 5756 | | 6/21/71 | *71-1630 3/18/77* |
| C-1 | State of Washington v. General Motors Corporation, et al. | W.D. Wash. 4233 | | 6/21/71 | *71-1651 3/10/77* |

DOCKET NO. 65

DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION    (P. 2)

## Description of Litigation

IN RE GOVERNMENT AUTO FLEET SALES ANTITRUST LITIGATION (TAG-ALONG CASES)

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| D-1 | State of Connecticut, etc. v. General *Business col* Motors Corp., et al. *12 Transfers to 6/30/1* | N.D. Ill. *11/21/74* 71C 830 | Perry | XYZ | |
| D-2 | The State of Colorado v. General Motors, Corp., et al. *6/23/71* | S.D.N.Y. 71 Civ. 1216 | | *7/9/71* | *3/15/ 3/16/77 71-1716* |
| DB-3 | The State of Maryland v. General Motors Corp., et al. *7/1/71* | Maryland 71-398-K | Kaufman | *7/19/71* | *71-2036 3/16/77* |
| D-4 | County of Nassau, State of New York v. General Motors Corp. et al. *7/2/71* | S.D. N.Y. 71 Civ. 1694 | Bryan | *7/28/71* | *71-1983 3/16/77* |
| D-5 | Montgomery County, State of Maryland v. General Motors. Corp., et al. *7/2/71* | S.D.N.Y. 71 Civ. 1953 | Bryan | *7/28/71* | *71-1984 3/16/77* |
| D-6 | State of Nevada v. General Motors Corp., et al. *7/12/71* | S.D.N.Y. 71 Civ. 2366 | | *7/28/71* | *71-1985 3/16/77* |
| D-7 | Commonwealth of Kentucky v. General Motors Corp., et al. *7/12/71* | S.D.N.Y. 71 Civ. 2425 | | *7/28/71* | *71-1986 3/16/77* |
| D-8 — | The Commonwealth of Virginia v. General Motors Corp., et al. *7/12/71* | S.D. N.Y. 71 Civ. 1580 | Bryan | *7/28/71* | *71-1987 3/16/77* |
| D-9 | The State of Tennessee v. General Motors Corp., et al. *7/2/2* | S.D.N.Y. 71 Civ. 2760 | | *8/9/71* | *71-2973 3/16/77* |
| D-10 | The State of Kansas v. General Motors Corp. et al. *7/27/71* | Kansas T-4999 | Templar | *8/12/71* | *71-2982 3/16/77* |
| D-11 | State of New York v. General Motors Corp., et al. *7/27/71* | S.D.N.Y. 71 Civ. 3267 | | *8/12/71* | *71-2072 3/16/77* |
| XYZ-1 | State of Michigan v. General Motors Corp. , et al. | N.D. Ill 71C2215 | | | *3/16/77* |
| XYZ-2 | State of West Virginia v. General Motors Corp., et al. | N.D. Ill 71C2210 | | | *3/16/77* |
| XYZ-3 | Mayor and Cty Council of Balto. v. General Motors Corp., et al. | N.D. ILL 71C2469 | | | *3/16/77 71-2785* |
| D-12 | Commonwealth of Mass. v. General Motors Corp., et al. *10/22/71* | S/D. N.Y. 71 Civ. 4286 | | *11/9/71* | *11/15/71 3/16/77* |

*23 Transfers to 10/30/71*

DOCKET NO. 65   (CONTINUED)                    PAGE   3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-1 | The State of Ohio v. General Motors Corp., et al. 4/19/72 | S.D. Ohio Rubin | 72-160 | 6/6/72 | | | 72-1893 2/9/72 |
| E-2 | The State of Wisconsin v. General Motors Corp., et al. | S.D.N.Y. | 72 Civ 2897 | 8/9/72 | | | 2/9/72 |
| E-3 | Major Service Co., Inc. et al. v. Ford Motor Co., et al. | S.D.N.Y. | 72 Civ 2340 | 18/5/72 | 72-C-3259 | 3/10/77 | 3/9/77 |
| E-4 | Zilber Taxi Service, Inc. v. G. M., et al | S.D. Fla 72-914 Eaton | | 18/5/72 | 73-C-10 | 3/10/77 | Motion 7/27 |
| E-5 | Auto Discount Rent-N-Drive Systems, Inc. v. G.M. Corp., et al. | D.C. 1380-72 Gasch | | 12/5/72 | 73 C 109 | 3/10/77 | Motion 7/27 |
| E-6 | The State of Rhode Island v. General Motors Corp. et al. | S.D.N.Y. 72 Civ.3143 Lasker | | 72 C 2676 | 3/10/77 | | |
| E-7 | The State of Minnesota v. General Motors Corp., et al. | S.D.N.Y. 72 Civ. 4082 | | 11/6/72 72 C 2859 | 3/10/77 | | |
| E-8 | State of New Hampshire v. General Motors, et al. 10/18/72 | N. Hamp. C 72-213 | | 11/3/72 72 C 5874 | 3/10/77 | | 10/30/72 |
| XYZ-4 | ~~Massachusetts~~ Village of Niles v. G.M. Corp., et al. | N.D.Ill | 72C2574 | | | 3/10/77 | |
| E-9 | State of North Carolina v. General Motors Corp., et al. DuPree | E.D.N.C. DuPree 4096 | | 3/27/73 | 73 C 929 | 3/16/77 | |
| E-10 | Verne Foster d/b/a Yellow and Red Cab Co., et al v. General Motors Corp., e al. 2/28/73 | E.D. Mich. Gubow | 39634 | 3/14/73 | 73 C 4804 | 3/16/77 | 4/2/73 4/6/23 |

DOCKET NO. 65 (CONTINUED)                                                PAGE 4

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-11 | State of New Jersey v. General Motors Corp., et al. 4/3/73 *[handwritten]* 6/30/73 | D.N.J. Fisher | 362-73 | 4-9-73 | 730-296 | 3/10/77 | |
| E-12 | Board of Regents of the Univ. of Oklahoma, v. General Motors, et al 6/24/73 | S.D.N.Y. | 73 Civ 2395 | 7/9/73 | 730236 | 3/9/77 | 9/29/73 |
| E-13 | The Commonwealth of Puerto Rico v. General Motors Corp., et al. 6/2/73 | D.P.R. | 494-73 | 7/9/73 | 730/95 | 6/1/76 | 9/29/7 |
| E-14 | Lane Auto Lease, Inc. v. General Motors, Corp., et al. 8/6/73 | E.D.Pa | 73-1558 | 8/22/73 | 73 C 2394 | 11/22/74 | |
| E-15 | State of California v. General Motors Corp., et al. 11/2/73 | C.D.Cal WPG | 73-2683 | 12/1/73 | 74-169 | 3/10/77 | |
| E-16 | State of South Dakota v. General Motors Corp., et al. 2/21/74 | S.D.N.Y. | 74 Civ 418 | 3/4/74 | 74 956 | 3/10/77 | |
| E-17 | Central Missouri Car Rentals Inc. v. General Motors Corp., et al. | W.D.Mo. *[handwritten]* | 74 CV 57-C | 5/24/74 | 74 C 1669 | 3/10/77 | |
| E-18 M | The State of Oregon v. General Motors Corp., et al. 6/21/74 | D. Ore. | 74-378 | 7/9/74 | 74 C 2391 | 3/10/77 | |
| E-19 | The State of North Dakota v. General Motors, et al. 6/21/74 | S.D.N.Y. Duffy | 74 Civ 2335 | 7/9/74 | 74-2350 | 3/8/77 | |
| XYZ-5 | Avis Rent A Car System, Inc. v. Teneral Motors Corp. | N.D.Ill | 76C0537 | | | 6/2/76 | |
| XYZ06 | State of Illinois v. General Motors Corp., et al. | N.D.Ill | 73-C-49 | | | 3/10/77 | |

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 65 -- IN RE GOVERNMENT AUTO FLEET SALES ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| MERIT MOTORS, INC., ET AL.<br>  Jerry S. Cohen, Esquire<br>  1776 K Street, N. W.<br>  Washington, D. C.  20006<br><br>CITY OF PHILADELPHIA, PENNSYLVANIA<br>  David Berger, Esq.<br>  1622 Locust Street<br>  Philadelphia, Penna.        07<br><br>THE STATE OF OKLAHOMA , STATE OF MARYLAND<br>THE STATE OF TEXAS , STATE OF NEVADA<br>THE STATE OF ARIZONA , COMM. OF VIRGINIA<br>THE STATE OF FLORIDA ,/TENNESSEE<br>THE STATE OF IOWA /WISCONSIN)<br>THE STATE OF VERMONT<br>THE CITY OF NEW YORK, ET AL.<br>THE STATE OF LOUISIANA<br>THE STATE OF ALABAMA /ST. OF COLORADO<br>THE STATE OF MISSOURI<br>  David I. Shapiro, Esquire<br>  Dickstein, Shapiro & Galligan<br>  800 Federal Bar Building West<br>  1819 H Street, N. W.<br>  Washington, D. C.  20006 | CHRYSLER CORPORATION<br>CHRYSLER MOTORS CORP.<br>CHRYSLER LEASING CORP.<br>CHRYSLER FINANCIAL CORP.<br>  William O. Bittman, Esquire<br>  Hogan & Hartson<br>  815 Connecticut Ave, N.W.<br>  Washington, D. C.  20006<br>        and<br>  Robert Ehrenbard, Esquire<br>  Kelley, Drye, Warren, Clark, Carr & Ellis<br>  350 Park Avenue<br>  New York, New York  10022<br><br>FORD MOTOR COMPANY<br>  William Piel, Jr., Esquire<br>  Sullivan & Cromwell<br>  48 Wall Street<br>  New York, New York  10005<br><br>GENERAL MOTORS CROP.<br>  Paul, Weiss, Goldberg, Rifkind, Wharton<br>    & Garrison<br>  345 Park Avenue<br>  New York, New York  10022 ; |
| THE STATE OF WASHINGTON<br>  Nicholas B. O'Connell, Jr., Esquire<br>  Special Assistant Attorney General<br>  700 112th Avenue, N. E.<br>  Bellevue, Washington  98004<br><br>THE COMMONWEALTH OF KENTUCKY<br>  John B. Breckinridge<br>  Attorney General<br>  State Capitol Building<br>  Frankfort, Kentucky 40601<br><br>  Lee A. Freeman, Esq.<br>  Freeman, Freeman & Salzman<br>  Suite 3200, One IBM Plaza<br>  Chicago, Illinois 60602 | GENERAL MOTORS CORPORATION<br>  Hammond Chaffetz, Esquire<br>  Fred Bartlit, Esquire<br>  Krikland, Ellis, etc.<br>  27th Floor, Prudential Plaza<br>  Chicago, Illinois  60601<br><br>CHRYSLTER CORPOATION<br>  Ed Wendrow, Esquire<br>  Winston, Strawn, Smith, etc.<br>  Suite 5000, One First Nat'l Plaza<br>  Chicago, Illinois  60670<br><br>FORD MOTOR COMPANY<br>  Bryson P. Burnham, Esquire<br>  Mayer, Brown & Platt<br>  231 South LaSalle Street<br>  Chicago, Ill.  60604 |

Case MDL No. 65   Document 1   Filed 04/30/15   Page 8 of 14

## ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Counsel of Record*

## DESCRIPTION OF LITIGATION

IN RE GOVERNMENT AUTO FLEET SALES ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-1 | Jerry S. Cohen, Esquire<br>1776 K Street, N. W.<br>Washington, D. C.  20006 | Hogan & Hartson<br>815 Connecticut Avenue, N. W.<br>Washington, D. C.  20006<br>    ALL DEFENDANTS |
| A-2 | David Berger, Esq.<br>1622 Locust St.<br>Philadelphia, Penna.19103 | FORD MOTOR COMPANY<br>  Henry Kolowrat, Esquire<br>  H. Francis DeLone, Esquire<br>  1600 Three Penn Center Plaza<br>  Philadelphia, Pennsylvania |
| A-3 | | GENERAL MOTORS CORPORATION<br>  Robert W. Sayre, Esquire<br>  23rd Floor, Packard Building<br>  Philadelphia, Pennsylvania |
| A-3<br>A-3 | David I. Shapiro, Esquire<br>Dickstein, Shapiro & Galligan<br>800 Federal Bar Bldg. West<br>1819 H Street, N. W.<br>Washington, D. C.  20006 | GENERAL MOTORS<br>  Paul, Weiss, Goldberg, Rifkind,<br>    Wharton & Garrison<br>  345 Park Avenue<br>  New York, New York  10022 |
| | | AUTOMOBILE MANUFACTURERS ASSOCIATION, INC<br>  Mr. William Crabtree   *A-3*<br>  Legal Department   *STRIKE*<br>  Automobile Manufacturers Association,<br>    Inc.<br>  320 New Center Building<br>  Detroit, Michigan  48202 |
| | | FORD MOTOR COMPANY      (see  )<br>  Wright Tisdale, Esquire    (below)<br>  Vice President & General Counsel<br>  Ford Motor Company<br>  The American Road<br>  Dearborn, Michigan  48121 |
| | | CHRYSLER CORPORATION      (see  )<br>  Paul A. Heinen, Esquire    (below)<br>  Associate General Counsel<br>  Chrysler Corporation<br>  321 Massachusetts Avenue<br>  Detroit, Michigan  48231 |

OVER

| No. | Plaintiff | Defendant |
|---|---|---|
| A-3 cont | | AMERICAN MOTORS CORPORATION<br>Walter J. Williams, Esquire<br>House Counsel & Assistant Secretary<br>American Motors Corporation<br>14250 Plymouth Road<br>Detroit, Michigan 48232 |
| A-4 A-5 A-6 | SAME AS A-3 ABOVE | SAME AS A-3 ABOVE |
| A-7 A-8 A-9 | | FORD MOTOR COMPANY *William Piel, Jr., Esq.*<br>Sullivan & Cromwell<br>48 Wall Street<br>New York, New York 10005<br><br>CHRYSLER CORPORATION *Robert Ehrenbard, Esq.*<br>Kelley, Drye, Newhall, Maginnes<br>& Warren<br>350 Park Avenue<br>New York, New York 10022 |
| B-1 B-2 B-3 | Same as A-3 above (Shapiro) | |
| C-1 | Nicholas B. O'Connell, Jr.<br>Special Asst. Attorney General<br>700 112th Ave., N. E.<br>Bellevue, Washington 98004 | AMERICAN MOTORS CORPORATION<br>Walter J. Williams, Esquire<br>House Counsel & Asst. Secretary<br>American Motors Corporation<br>14250 Plymouth Road<br>Detroit, Michigan 48232 |
| D-1 | Perry Goldberg<br>Suite 1130<br>208 S. LaSalle St.<br>Chicago, Ill. | |
| D-2 | Same as A-3 (Shapiro) | |
| D-4 | Same as A-3 (Shapiro) | |
| D-5 | Same as A-3 (Shapiro) | |
| D-6 | Same as A-3 (Shapiro) | |
| D-7 | Wesley A. Weathers<br>900 Merchants National Bank Building<br>Topeka, Kansas 66612 | |
| D-8 | Same as A-3 (Shapiro) | |

p. _____

| Plaintiff | Defendant |
|---|---|
| D-1   Perry Goldberg, Esq.<br>Suite 1130<br>208 S. La LaSalle St.<br>Chicago, Illinois  60604<br><br>Norris D. O'Neill<br>99 Pratt St.<br>Hartford, Connecticut 06103 | |
| D-2   Shapiro (same as A-3) | |
| D-3   William L. Marbuy, Esquire<br>Paul V. Niemeyer<br>Ploer and Marbury<br>900 First National Bank Building<br>Baltimore, Maryland  21202 | FORD MOTOR COMPANY<br>John Henry Lewin, Esquire<br>Venable, Baetjer & Howard<br>1700 Mercantile Bank & Trust Bldg.<br>Baltimore, Md.  21201 |
| D-4, D-5, D-6  (Shapiro, same as A-3) | CHRYSLER CORP<br>Roger A. Clapp, Esquire<br>Fenton L. Martin<br>Clapp, Somerville, Black & Honemann<br>1700 First National Bank Buildng<br>Baltimore, Maryland  21202 |
| D-7   Breckinridge, John B.<br>Attorney General<br>State Capitol Building<br>Frankfort, Kentucky 40601 | |
| D-8   Same as A-3 (Shapiro) | |
| D-9   Same as A-3 (Shapiro) | |
| D-10 Vern Miller<br>Attorney General<br>State Capitol Building<br>Topeka, Kansas 66612 | |
| D-11 Louis Lefkowitz<br>Attorney General<br>80 Centre Street<br>New York, New York 10013 | |
| D-12 (Same as A-3) Shapiro<br><br>Honorable Robert H. Quinn<br>Attorney General<br>State House<br>Boston, Massachusetts  02133 | |
| E-1   Alan C. Witten<br>Assistant Attorneys General<br>State of Ohio<br>83 S. Fourth St<br>Columbus, Ohio 43215 | |
| E-2   Same as above (Shapiro) | |

p. 1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 65 -- IN RE GOVERNMENT AUTO FLEET SALES ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| MERIT MOTORS, INC., ET AL.<br>Jerry S. Cohen, Esquire<br>1776 K Street, N. W.<br>Washington, D. C.  20006<br><br>CITY OF PHILADELPHIA, PENNSYLVANIA<br>David Berger, Esq.<br>1622 Locust Street<br>Philadelphia, Penna.           07<br><br>THE STATE OF OKLAHOMA , STATE OF MARYLAND<br>THE STATE OF TEXAS , STATE OF NEVADA<br>THE STATE OF ARIZONA , COMM. OF VIRGINIA<br>THE STATE OF FLORIDA ./TENNESSEE<br>THE STATE OF IOWA /WISCONSIN)<br>THE STATE OF VERMONT<br>THE CITY OF NEW YORK, ET AL.<br>THE STATE OF LOUISIANA<br>THE STATE OF ALABAMA  /ST. OF COLORADO<br>THE STATE OF MISSOURI<br>David I. Shapiro, Esquire<br>Dickstein, Shapiro & Galligan<br>800 Federal Bar Building West<br>1819 H Street, N. W.<br>Washington, D. C.  20006 | CHRYSLER CORPORATION<br>CHRYSLER MOTORS CORP.<br>CHRYSLER LEASING CORP.<br>CHRYSLER FINANCIAL CORP.<br>William O. Bittman, Esquire<br>Hogan & Hartson<br>815 Connecticut Ave, N.W.<br>Washington, D. C.  20006<br>and<br>Robert Ehrenbard, Esquire<br>Kelley, Drye, Warren, Clark, Carr & Ellis<br>350 Park Avenue<br>New York, New York 10022<br><br>FORD MOTOR COMPANY<br>William Piel, Jr., Esquire<br>Sullivan & Cromwell<br>48 Wall Street<br>New York, New York  10005<br><br>GENERAL MOTORS CROP.<br>Paul, Weiss, Goldberg, Rifkind, Wharton<br>& Garrison<br>345 Park Avenue<br>New York, New York  10022 |
| THE STATE OF WASHINGTON<br>Nicholas B. O'Connell, Jr., Esquire<br>Special Assistant Attorney General<br>700 112th Avenue, N. E.<br>Bellevue, Washington  98004<br><br>THE COMMONWEALTH OF KENTUCKY<br>John B. Breckinridge<br>Attorney General<br>State Capitol Building<br>Frankfort, Kentucky 40601<br><br>Lee A. Freeman, Esq.<br>Freeman, Freeman & Salzman<br>Suite 3200, One IBM Plaza<br>Chicago, Illinois 60602 | GENERAL MOTORS CORPORATION<br>Hammond Chaffetz, Esquire<br>Fred Bartlit, Esquire<br>Krikland, Ellis, etc.<br>27th Floor, Prudential Plaza<br>Chicago, Illinois  60601<br><br>CHRYSLTER CORPOATION<br>Ed Wendrow, Esquire<br>Winston, Strawn, Smith, etc.<br>Suite 5000, One First Nat'l Plaza<br>Chicago, Illinois  60670<br><br>FORD MOTOR COMPANY<br>Bryson P. Burnham, Esquire<br>Mayer, Brown & Platt<br>231 South LaSalle Street<br>Chicago, Ill.  60604 |

ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 65 -- IN RE GOVERNMENT AUTO FLEET SALES ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| E-3 | Robert Kaplan, Esquire<br>Kaplan, Kilsheimer & Foley<br>122 East 42nd Street<br>New York, New York  10017 | |
| E-4 | Seymour Kurland, Esq.<br>Wolf, Block, Schorr and Solis Cohen<br>12th Floor, Packard Building<br>Philadelphia, Penna. | |
| E-5 | Joseph B. Gildenhorn, Esq.<br>Brown, Gildenhorn & Statland<br>1101 17th Street, N.W.<br>Washington, D. C.  20036 | |
| E-6 | Shapiro   (Same as A-1) | |
| E-7 | Shapiro(Dickstein, Shapiro &<br>         Gallagan) | |
| E-8 | Warren B. Rudman, Esq.<br>Attorney General of New Hampshire<br>Office of the Attorney General<br>State House Annex<br>Concord, New Hampshire  03301 | |
| E-9 | Robert Morgan, Esquire<br>Attorney General<br>P.O. Box 629<br>Raleigh, North Carolina  27602 | |
| E-10 | Goodman, Eden, Millender, Goodman<br>   & Bedrosian<br>3200 Cadillac Tower<br>Detroit, Michigan | |

| No. | Plaintiff | Defendant |
|---|---|---|
| E-11 | Elias Abelson, Esquire<br>Deputy Attorney General<br>State of New Jersey<br>States House Annex<br>Trenton, New Jersey  08625 | |
| E-12 | -Thomas H. Tucker<br>Chief Counsel for Board of Regents<br>University of Oklahoma<br>660 Parrington Oval<br>Norman, Oklahoma  73069 | |
| E-13 | Francisco De Jesus Shuck, Esq.<br>Attorney General<br>Office of Monopolistic Affairs<br>102 San Francisco St.<br>San Juan, Puerto Rico  00902 | |
| E-14 | Morris L. Weisberg, Esquire<br>Blank, Rome, Klaus & Comisky<br>4 Penn Center Plaza<br>Philadelphia, Penna.  19103 | |
| E-15 | Peter K. Shack, Esquire<br>DeputyAttorney General<br>State of California<br>600 State Building<br>Los Angeles, California | |
| E-16 | Same as above ( Shapiro) | |
| E-17 | Larry M. Woods, Esq.<br>Sapp, Woods, Dannov & Orr<br>411 Guitar Building<br>Columbia, Missouri  65201 | |
| E-18 | Stephen L. Dunne, Esquire<br>Chief Counsel, Antitrust Diviaion<br>102 State Office Building<br>Salem, Oregon  97310 | |
| E-19<br>S | Allen I. Olson, Attorney General<br>State of North Dakota<br>North Dakota State Capitol Bldg.<br>Bismarck, North Dakota  58501 | |

p. _____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___65___ -- IN RE GOVERNMENT AUTO FLEET SALES ANTITRUST LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Chrysler Corporation | A-1,2,3,4,5,6,7,8,9; B-1,2,3; D-3; D-4,D-5,D-6 D-7;D-8;D-9 E-1 |
| Chrysler Motors Corp. | A-1 |
| Chrysler Leasing Corp. | A-1,8  E-6 E-7 |
| Chrysler Financial Corp. | A-1;D-1,D-2 |
| General Motors Corp. | A-2,4,5,6,7,8,9;B-1,2,3;D-1,D-2,D-3;D-4 D-5;D-6;D-7;D-8;D-9 E-1 E-6 E-7 |
| Ford Motor Company | A-2,4,5,6,7,8,9;B-1,2,3;D-1,D-2;D-3;D-4 D-5;D-6;D-7;D-8;D-9 E-1 E-6 E-7 |
| Automobile Manufacturers Assoc., Inc. | A-3 |
| American Motors Corp. | A-3 |
|  |  |
|  |  |